United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 9, 2003**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

—————————————

No. 03-30025

—————————————

**GAYL THERESA PAYTON,**

**Plaintiff,**

**versus**

**UNITED STATES OF AMERICA,**

**Defendant.**

—————————————

**Appeal from the United States District Court
for the Eastern District of Louisiana, New Orleans Division
00-CV-3321**

—————————————

Before GARWOOD, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

The Court has considered appellant's position after a review of the briefs and record excerpts and in light of the oral arguments. Having done so, we find no reversible error of fact or law in the verdict or judgment.

**AFFIRMED.**

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.